UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| DAVID ROBERT DESALVO AND | : | CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | : | |
| | : | |
| Debtors. | : | CHAPTER 7 |
| ,ELIZABETH JO DESALVO, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| ARIZONA FEDERAL CREDIT UNION | : | |
| | : | |
| Respondent. | : | |
| | : | |

## REQUEST FOR HEARING

COMES NOW Arizona Federal Credit Union and requests a hearing on Motion for Order Authorizing Redemption of Personal Property, which was filed October 22, 2009 (Document Number 31).

This 4th day of November, 2009.

                                               STOKES LAZARUS & CARMICHAEL LLP

                                               By: /s/Richard J. Joseph
                                                     Richard J. Joseph

80 Peachtree Park Drive                     (GA Bar No. 405325)
Atlanta, GA  30309-1320                   Attorneys for Plaintiff
(404) 352-1465
FAX:  (404) 352-8463 Ext. 32
SLC File No. 09-04611

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| DAVID ROBERT DESALVO AND | : | CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | : | |
| | : | |
| Debtors. | : | CHAPTER 7 |
| ,ELIZABETH JO DESALVO, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| ARIZONA FEDERAL CREDIT UNION | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Richard J. Joseph, of Stokes, Lazarus & Carmichael, 80 Peachtree Park Drive, N.E., Atlanta, Georgia 30309, certify that I am, and at all times hereinafter mentioned, more than 18 years of age:

That on the 4th day of November, 2009, I served a copy of the within **REQUEST FOR HEARING** filed in this bankruptcy matter by mailing a copy of same by United States Mail, with adequate postage to ensure delivery to debtors and Trustees at the following addresses:

Ms. Elizabeth Jo DeSalvo - Debtor
Post Office Box 6711
St. Marys, Georgia 31558

Mr. David Robert DeSalvo - Debtor
Post Office Box 6711
St. Marys, Georgia 31558

R. Michael Souther, Esq. - Trustee
Post Office Box 978
Brunswick, Georgia 31521

United States Trustee
Office of the U.S. Trustee, 7
222 West Oglethorpe Avenue, Suite 302
Savannah, GA 31401

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

Executed on: November 4, 2009.          By: /s/Richard J. Joseph
                                            Richard J. Joseph
                                            (Georgia Bar No. 405325)


Stokes Lazarus & Carmichael LLP
80 Peachtree Park Drive, N.E.
Atlanta, Georgia 30309
404-352-1465, Ext. 32
SLC File No. 09-04645