UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| DAVID ROBERT DESALVO AND | : | CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | : | |
| | : | |
| Debtors. | : | CHAPTER 7 |

| | | |
|---|---|---|
| ELIZABETH JO DESALVO | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| HSBC AUTO FINANCE | : | |
| ASCENTION CAPITAL GROUP | : | |
| | : | |
| Respondents. | : | |
| | : | |

## MOTION FOR SANCTIONS FOR STAY VIOLATION, REQUEST FOR TURNOVER OF PROPERTY, & REQUEST FOR EXPEDITED HEARING

Elizabeth Jo DeSalvo, Movant, pro se bankruptcy debtor moves this Court for sanctions for stay violation, request for turnover property, and request for expedited hearing upon the following basis:

**1.**
Respondent violated the automatic stay of creditors by repossessing the Ford Expedition on the night of November 23, 2009-November 24, 2009.

**2.**
Respondent refuses to return the vehicle without full payment of arrearages as well as repossession fees incurred on November 23, 2009.

**3.**
Movant returned reaffirmation agreement to respondent and verified receipt of reaffirmation agreement with LaQuisha @ Ascension Capital on 11/4.

**4.**

Movant was under automatic stay. Respondent filed no motion for relief from stay with the Courts and also has not returned the completed reaffirmation agreement to the Courts.

WHEREFORE, Movant requests that this Court sanction Respondent for stay violations and request that they immediately return the property in question. Movant also respectfully requests an expedited hearing date, if necessary, as Movant is currently without their truck due to this violation.

This 24th day of November, 2009.

ELIZABETH J. DESALVO

By: /s/ Elizabeth J. DeSalvo
Pro se Movant/Debtor in Case

PO Box 6711
Saint Marys, GA  31558
(602) 614-2559

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| IN RE | : |
| | : |
| DAVID ROBERT DESALVO AND | : CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | : |
| | : |
| Debtors. | : CHAPTER 7 |

| | |
|---|---|
| ELIZABETH JO DESALVO | : |
| Movant, | : |
| vs. | : |
| | : |
| HSBC AUTO FINANCE | : |
| ASCENTION CAPITAL GROUP | : |
| | : |
| Respondent. | : |

## CERTIFICATE OF SERVICE

I, Elizabeth J. DeSalvo, of 124 Oarsman Crossing, Saint Marys, GA 31558 and Debtor in this case, certify that I am, and at all times hereinafter mentioned, more than 18 years of age:

That on the 24nd day of November, 2009, I served a copy of the within NOTICE OF MOTION FOR SANCTIONS FOR STAY VIOLATION, REQUEST FOR TURNOVER OF PROPERTY, and REQUEST FOR EXPEDITED HEARING filed in this bankruptcy matter by mailing a copy of same by United States Mail, with adequate postage to ensure delivery to creditor (respondent), debtor's trustee, and US Bankruptcy Trustee at the following addresses:

HSBC Auto Finance
PO Box 17909
San Diego, CA  92177-7909

Ascension Capital Group, Inc.
PO Box 201347
Arlington, TX  76006

R. Michael Souther, Esq. – Trustee
Post Office Box 978
Brunswick, GA  31521

Office of the US Trustee – US Trustee
222 W Oglethorpe Avenue, Suite 302
Savannah, GA  31401

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  November 24, 2009.         By: _____
                                              (Elizabeth J. DeSalvo