IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DAVID ROBERT DESALVO AND | ) | CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | ) | |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| ELIZABETH JO DESALVO, | ) | |
| | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HSBC AUTO FINANCE | ) | |
| ASCENSION CAPITAL GROUP, | ) | |
| | ) | |
| Respondents. | ) | |

**RESPONSE OF HSBC AUTO FINANCE/ASCENSION CAPITAL GROUP TO MOTION FOR SANCTIONS FOR STAY VIOLATION, REQUEST FOR TURNOVER OF PROPERTY & REQUEST FOR EXPEDITED HEARING**

COME NOW HSBC Auto Finance and Ascension Capital Group (hereafter "HSBC/ACG") and file this, their "Response of HSBC Auto Finance/Ascension Capital Group to Motion for Sanctions for Stay Violation, Request for Turnover of Property and Request for Expedited Hearing". In filing this response, HSBC/ACG do not waive personal service and do not waive their objections to personal jurisdiction.

-1-

**FIRST DEFENSE**

The Debtor has filed two identical pleadings being docket entry 50 and 51. Neither pleading is proper and each should be dismissed.

**SECOND DEFENSE**

The pro se Debtors filed this Chapter 7 case on 8/13/2009. The 341 meeting was held and concluded on 9/14/09 (docket entry 23). HSBC is a secured creditor of the Debtor by virtue of a Retail Installment Contract secured by a certain Ford Expedition having a value of $8,315.00 according to the Debtors and which secures an indebtedness of $9654.00 according to the Debtors as of filing (docket entry 1, Debtor's Schedule D, p. 15 of 58). As of 12/30/09, the account is 214 days past due, the last payment received on the account was posted 4/30/09 in the amount of $275.00. Although the Debtor alleges a Reaffirmation Agreement was signed by the Debtor and delivered through the mails to HSBC on 11/4/09 (paragraph 3 of Debtor's Motion for Sanctions/paragraph 3 of Adversary Complaint), by the Debtor's own admission delivery to HSBC/ACG was not made until 52 days after the conclusion of the 341 meeting of creditors. The Reaffirmation Agreement that HSBC received from the Debtor contained a material modification by the Debtor to which HSBC would not agree and accordingly was never

filed with the court. A discharge issued on 12/29/09. By virtue of 11 U.S.C. 362(h)(1)(A)and(B) and 11 U.S.C. 521(a)(6) the stay expired no later than October 29, 2009 and was no longer in effect at any time on or after November 30, 2009. The repossession of the vehicle on November 23, 2009 could not have violated the stay. HSBC/ACG hereby move to dismiss this contested mater for failure to state a claim for alleged violation of the stay upon which relief can be granted.

### THIRD DEFENSE

These Defendants are not subject to the jurisdiction of the court as the Debtor has not complied with BR 9014(b) and BR 7004. Personal jurisdiction is lacking.

### FOURTH DEFENSE

The Debtor has no standing to pursue this motion. See *In re Price*, 173 BR 434 (USBC ND Ga 1994); *In re Jefferson*, 59 BR 707 (USBC SD Ga 1986). This motion must be dismissed for lack of standing.

### FIFTH DEFENSE

A discharge issued on 12/29/09. The relief requested by the Debtor is moot.

### SIXTH DEFENSE

By way of response to the individually numbered paragraphs of

the Debtor'S Motion, HSBC/ACG responds as follows:

### **RESPONSE TO PARAGRAPHS 1 THROUGH 4**

The allegations of Paragraphs 1 through 4 are denied.

### **GENERAL DENIAL**

Any allegations of the Debtor's Motion not specifically addressed in this response are denied.

WHEREFORE, HSBC/ACG prays that:

(A) The Debtor's Motion be dismissed with all costs taxed upon the Debtors; and

(B) This Court grant such other and further relief as is just and proper.

This 6th day of January, 2010.

_____
Stephen H. Block, Esq.
Ga. Bar No. 063750
Attorneys for HSBC/ACG

LEVINE, BLOCK & STRICKLAND, LLP
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
404/231-4567

-4-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DAVID ROBERT DESALVO AND | ) | CASE NO. 09-21056-JSD |
| ELIZABETH JO DESALVO, | ) | |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| | ) | |
| ELIZABETH JO DESALVO, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HSBC AUTO FINANCE | ) | |
| ASCENSION CAPITAL GROUP, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I have this date served a copy of the within and foregoing "*Response of HSBC Auto Finance/Ascension Capital Group to Motion for Sanctions for Stay Violation, Request for Turnover of Property and Request for Expedited Hearing*" by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery upon the following:

                      David Robert DeSalvo
                            PO Box 6711
                      St. Mary's, GA 31558

                      Elizabeth Jo DeSalvo
                            PO Box 6711
                      St. Mary's, GA 31558

                  R. Michael Souther - Trustee
                            PO Box 978
                      Brunswick, GA 31521

Office of the US Trustee
222 W. Oglethorpe Avenue, Suite 302
Savannah, GA 31401

This \_\_6th\_\_ day of \_\_January\_\_, 2010.

_____
Stephen H. Block, Esq.
Ga. Bar No. 063750
Attorneys for HSBC/ACG

LEVINE, BLOCK & STRICKLAND, LLP
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342